# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1927
_____

Rhonda Philips, Individually and as Surviving Parent of AUGUSTUS COLLIER, Decedent

Plaintiff - Appellee

v.

City of St. Louis

Defendant - Appellant

Jennifer Clemons-Abdullah, Individually and in her Official Capacity; Jerome Dunning, Individually and in his Official Capacity; Kingsley Waate, Individually and in his Official Capacity; Randy Powell, Individually and in his Official Capacity; John Does 1-10, Individually and in their Official Capacities

Defendants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00965-RHH)

---

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 20, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler