# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1927

Rhonda Philips, Individually and as Surviving Parent of AUGUSTUS COLLIER, Decedent

Appellee

v.

City of St. Louis

Appellant

Jennifer Clemons-Abdullah, Individually and in her Official Capacity, et al.

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00965-RHH)

---

**MANDATE**

In accordance with the judgment of July 20, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 20, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit